FILED
SEP 2 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 15MJ2889 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | COUNT ONE: |
| JARIS JESUS TORRES-ITURRE (1); | ) | Title 46 U.S.C §§ 70503 – Possession of Cocaine with Intent to Distribute on Board a Vessel; Title 18 U.S.C §§ 2 – Aiding and Abetting |
| JOSE UBER ESTUPINAN-CARABALI (2); | ) | |
| ASENCION ROJAS-BOLANOS (3) | ) | |
| Defendants. | ) | |

The undersigned complainant, being duly sworn, states:

**COUNT ONE**

On or about September 5th, 2015, on board a vessel subject to the jurisdiction of the United States, defendants Jaris Jesus TORRES-Iturre, Jose Uber ESTUPINAN-Carabali and Asencion ROJAS-Bolanos knowingly and intentionally possessed, with intent to distribute, five (5) kilograms and more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 46, United States Code, Section 70503 and Title 18, United States Code, Section 2.

//
//
//
//

1  //

2  And the complainant further states that this complaint is based on the attached statement of
3  facts, which is incorporated herein by reference.

4
5
6  Justin B. Faw
   Special Agent
7  U.S. Drug Enforcement Administration

8
9  Sworn to before me and subscribed in my presence in San Diego, California this 28th day of September, 2015.

10
11  UNITED STATES MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**PROBABLE CAUSE STATEMENT**

I, Justin B. Faw, declare under penalty of perjury, the following is true and correct:

1. This affidavit relates to the interdiction of a "go-fast" vessel (GFV) in the Eastern Pacific Ocean on or about September 5th, 2015 in international waters. Three crewmembers were present on the GFV at the time of the interdiction. The information contained herein was gathered by me as well as other federal law enforcement officers, including United States Coast Guard (USCG) personnel, all of whom I believe to be reliable. This affidavit does not set forth every fact I have learned related to the investigation described herein; rather, it sets forth facts sufficient to establish probable cause to charge Jaris Jesus TORRES-Iturre, Jose Uber ESTUPINAN-Carabali and Asencion ROJAS-Bolanos with possessing with intent to distribute five (5) kilograms and more of cocaine, a Schedule II controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503 and Title 18, United States Code, Section 2.

2. On or about September 5th, 2015, while on routine patrol in the Eastern Pacific, a Military Patrol Aircraft (MPA) spotted a suspected go-fast vessel (GFV) travelling in a northerly direction, approximately 128 nautical miles (NM) southwest of the Costa Rica/Panama border. At this time, the United States Coast Guard Cutter (USCGC) BERTHOLD was diverted to intercept the GFV. While en-route to the GFV the MPA observed the crewmembers aboard the GFV throwing contraband overboard. Upon arrival into the area of the GFV the USCGC BERTHOLF launched their helicopter (CG-6552) and two Over The Horizon (OTH) small boat teams. The MPA directed the helicopter toward the GFV at which time the helicopter hailed the GFV which failed to stop. The helicopter was authorized to utilize and employed warning shots. After determining that the warning shots were in-effective the helicopter employed 5 precision shots to the engine which caused the GFV to stop.

3. The small boat with a Law Enforcement Boarding team, while in international waters, conducted a Right of Visitation (ROV) boarding. While aboard the GFV the Boat Team (BT) discovered it was manned by three people claiming Colombian Nationality: Jaris Jesus TORRES-Iturre, Jose Uber ESTUPINAN-Carabali and Asencion ROJAS-Bolanos. One of the crewmembers TORRES-Iturre claimed Master of the Vessel and stated the nationality vessel was Ecuadorian. Further TORRES-Iturre claimed that the he and the crew had initially been contracted as fisherman and were later forced at

3

1. gunpoint to transport the contraband.

4. USCG BERTHOLF requested verification of Nationality from the USCG D11 Headquarters. USCG Headquarters D11 granted a "Without Nationality" Boarding. At that time, the boat team conducted a Law Enforcement (LE) Boarding furthering the investigation.

5. USCG officials thereafter boarded and searched the GFV and found no contraband. The second small boat team recovered thirteen (13) bales of suspected contraband from the debris fields where the crewmembers were seen jettisoning the packages. The 13 recovered bales contained approximately 711 Kilograms of cocaine. The bricks consisted of a white powdery substance that tested positive for cocaine during a field test.

6. The three named detainees arrived in the United States on September 26th, 2015. Currently Jaris Jesus TORRES-Iturre, Jose Uber ESTUPINAN-Carabali and Asencion ROJAS-Bolanos have been transfered to the custody of the United States Bureau of Prison pending their initial appearance in the Southern District of California.

Executed on September 26, 2015 at 7:15 p.m.

_____
Justin B. Faw
Special Agent
Drug Enforcement Administration

On the basis of the facts presented in the probable cause statement consisting of two (2) pages, I find probable cause to believe that the defendant(s) named in this probable cause statement committed the offenses on September 5th, 2015 in violation of Title 46, United States Code, Section 70503 and Title 18, United States Code, Section 2.

_____
Hon. Barbara L. Major
United States Magistrate Judge

**10:31 PM, Sep 26, 2015**
Date/Time